BEFORE THE FIRST DIVISION, DECEMBER 29, 1958

**No. 62637.**—Regal Accessories, Inc., et al. v. United States, protests 287908–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of imitation pearl strips or pearl ladders the same in all material respects as those the subject of Abstract 60159, the claim of the plaintiffs was sustained.

**No. 62638.**—William Shaland v. United States, protest 271600–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of M. Pressner & Co. v. United States (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.

**No. 62639.**—Roth & Steiner, Inc., and Union Novelty Co., Inc. v. United States, protests 300826–K and 310171–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of shells the same in all material respects as those the subject of Abstract 62251, the claim of the plaintiffs was sustained.